# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released the week prior to July 3, 2018)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-16-1207 | State v. Robertson |
| A-17-362 | Billups v. Frakes |
| A-17-739 | State v. Litle |
| A-17-867 | State v. Coleman |
| A-17-912 | Heinzman v. Heinzman |
| A-17-939 | State v. Frazier |
| A-17-1037 | State v. Finley |
| A-17-1067 | In re Interest of Harley F. |
| A-17-1096 | State v. Smith |
| A-17-1215 | In re Interest of Nyagoamar N. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.